## (October 14, 1982)

■ JESUP & LAMONT, INC., Respondent, v FRANK C. TOBIN & Co., et al., Defendants and BEN TRAVITSKY, Appellant. — Order, Supreme Court, New York County (Greenfield, J.), entered on April 19, 1982, unanimously affirmed, without costs and without disbursements, for the reasons stated by Greenfield, J., at Special Term. Concur — Kupferman, J. P., Sandler, Sullivan and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSS ROTA, Appellant. — Judgment, Supreme Court, Bronx County, (Enten, J.), rendered on June 23, 1981, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Ross, J. P., Asch, Markewich, Bloom and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD SCHWENK, Appellant. — Judgment, Supreme Court, New York County (Kleiman, J.), rendered on June 12, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Ross, J. P., Asch, Markewich, Bloom and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MICHAEL WALKER, Respondent. — Order, Supreme Court, Bronx County (Hecht, J.), entered on March 30, 1981, unanimously affirmed for the reasons stated by Hecht, J. Concur — Ross, J. P., Asch, Markewich, Bloom and Milonas, JJ.

■ In the Matter of ERNEST WALTERS, Appellant, v STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. — Judgment, Supreme Court, Bronx County (Kent, J.), rendered on April 23, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Ross, J. P., Asch, Markewich, Bloom and Milonas, JJ.